UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 17 - 17506 |
| Terra T. Johnson | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Eric L. Frank |
| | : | |

## ORDER

AND NOW, this 12th day of June, 2018, upon consideration of Debtor's Objection to the Proof of Claim of Portfolio Recovery Associates, LLC, f/k/a, Capital One Bank (USA), N.A. (Claim No. 1), and a hearing, it is hereby **ORDERED** that the Objection is **SUSTAINED** and that Claim No. 1 is **DISALLOWED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**