United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17506-elf
Terra T. Johnson                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1                Date Rcvd: Jun 13, 2018
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.
db             +Terra T. Johnson,    5433 Gainor Road,    Philadelphia, PA 19131-1329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association, as Trustee Et Al...
       bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL     on behalf of Creditor   Carrington Mortgage Services, LLC, et al.
       pa-bk@logs.com
      RONALD G. MCNEIL    on behalf of Debtor Terra T. Johnson r.mcneil1@verizon.net
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                   TOTAL: 6

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re : Case No. 17 - 17506
  Terra T. Johnson : (Chapter 13)
      Debtor. :
          : Hon. Eric L. Frank

## ORDER

AND NOW, this 12th day of June, 2018, upon consideration of Debtor's Objection to the Proof of Claim of Portfolio Recovery Associates, LLC, f/k/a, Capital One Bank (USA), N.A. (Claim No. 1), and a hearing, it is hereby **ORDERED** that the Objection is **SUSTAINED** and that Claim No. 1 is **DISALLOWED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**