UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                                : Case No. 17 - 17506
  Terra T. Johnson        :                  (Chapter 13)
         Debtor.              :
                                   : Hon. Eric L. Frank

## Pre-Confirmation Certification
## of Compliance with Post-Petition Obligations in Accordance
## with 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I, Terra T. Johnson, the above-named Debtor, hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named Debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named Debtor has filed all applicable federal, state, and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the Chapter 13 Trustee prior to any subsequent confirmation hearing.

Terra T. Johnson, Debtor
DATE: 1/8/18