## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | TERRA T. JOHNSON, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 17-17506 ELF |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **August 21, 2018**, it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any objections to proofs of claim and any further proposed amended chapter 13 plan **on or before September 11, 2018**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date: **August 21, 2018**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**