# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 17-17506-ELF

TERRA T JOHNSON

5433 GAINOR ROAD

PHILADELPHIA, PA 19131-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TERRA T JOHNSON

    5433 GAINOR ROAD

    PHILADELPHIA, PA 19131-

Counsel for debtor(s), by electronic notice only.

    RONALD G MCNEIL, ESQ
    MCNEIL LEGAL SERVICES
    1333 RACE ST
    PHILADELPHIA, PA 191071585

                                          /S/ William C. Miller

Date: 8/23/2018                                       _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee