United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Terra T. Johnson  
    Debtor

Case No. 17-17506-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Aug 22, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.  
db           +Terra T. Johnson,   5433 Gainor Road,   Philadelphia, PA 19131-1329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:  
        JOSHUA DOMER   on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov, karena.blaylock@phila.gov  
        KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association, as Trustee Et Al... bkgroup@kmllawgroup.com  
        KEVIN S. FRANKEL   on behalf of Creditor   Carrington Mortgage Services, LLC, et al. pa-bk@logs.com  
        RONALD G. MCNEIL   on behalf of Debtor Terra T. Johnson r.mcneil1@verizon.net  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   AmeriCredit Financial Services, Inc dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                         TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | TERRA T. JOHNSON, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 17-17506 ELF |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **August 21, 2018**, it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any objections to proofs of claim and any further proposed amended chapter 13 plan **on or before September 11, 2018**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

**Date: August 21, 2018**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**