UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|   |   |   |
|---|---|---|
| In re | : | Case No. 17 - 17506 |
| Terra T. Johnson | : | (Chapter 13) |
| Debtor. | : |   |
|   | : | Hon. Eric L. Frank |
|   | : |   |

# AMENDED CERTIFICATE OF SERVICE

I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Third Amended Chapter 13 Plan was served via electronic means, via hand delivery, and/or via first class postage prepaid, properly franked upon the below listed priority and secured creditors and the Trustee. Service upon said creditors is in compliance with Local Rule 3015-3 of the Federal Rules of Bankruptcy Procedure and does not in any way constitute an admission as to the validity or extent of security or priority status.

Capital One Financial
  c/o Portfolio Recovery Associates, LLC
ATTN: Maria Lucchesi, Bankruptcy Representative
P.O. Box 41067
Norfolk, VA 23541

AmeriCredit Financial Services, Inc.,
  d/b/a, GM Financial Co., Inc.
  c/o Morton & Craig, LLC
ATTN: William E. Craig, Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057-3125

Philadelphia Law Department
Bankruptcy Unit
ATTN: Joshua Domer, Esquire
Municipal Services Bldg
1401 JFK Blvd, Room 508
Philadelphia, PA 19102-1622

Credit Suisse First Boston Mortgage Securities Corp.
Specialized Loan Servicing, LLC, a/k/a,
   Carrington Mortgage Services, LLC, f/k/a, U.S. Bank, N.A.
  c/o KML Law Group, P.C.
ATTN: Kevin G. McDonald, Esquire
Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

William C. Miller, Esquire
Office of the Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA 19105-1229

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107-4414

                                              /s/ Ronald G. McNeil
                                              Ronald G. McNeil, Esquire
                                              Attorney for Debtor
                                              DATE: September 10, 2018