**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------x
In re:                                    :
                                                :    Chapter 13
      TERRA T. JOHNSON,         :
                                                :    Bankruptcy No. 17-17506 (ELF)
                     Debtor.    :
---------------------------------------------------------x

**PRAECIPE TO WITHDRAW OBJECTION
TO CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 64) filed by the City of Philadelphia on August 14, 2018.

                                                              Respectfully submitted,

                                                              THE CITY OF PHILADELPHIA

Dated: October 15, 2018        By:    */s/ Joshua Domer*
                                                               JOSHUA DOMER
                                                               Assistant City Solicitor
                                                               PA Attorney I.D. 319190
                                                              Attorney for the City of Philadelphia
                                                                     and/or
                                                              Water Revenue Bureau
                                                             City of Philadelphia Law Department
                                                            Municipal Services Building
                                                            1401 JFK Boulevard, 5th Floor
                                                             Philadelphia, PA 19102-1595
                                                            215-686-0519 (phone)
                                                            Email: Joshua.Domer@phila.gov