# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Terra T. Johnson aka Terra T. Ankrah<br>       Debtor<br><br>Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-4, Home Equity Pass-Through Certificates, Series 2006-4<br>       Movant<br>  vs.<br><br>Terra T. Johnson aka Terra T. Ankrah<br>       Respondent | CHAPTER 13<br><br>NO. 17-17506 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection of Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-4, Home Equity Pass-Through Certificates, Series 2006-4, which was filed with the Court on or about June 15, 2018 (Document No. 45).

             Respectfully submitted,

             **/s/ Kevin G. McDonald, Esquire**
             Kevin G. McDonald, Esquire
             Attorney for Movant
             KML Law Group, P.C.
             BNY Mellon Independence Center
             701 Market Street, Suite 5000
             Philadelphia, PA  19106
             215-627-1322

October 16, 2018