United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Terra T. Johnson  
    Debtor

Case No. 17-17506-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: TashaD     Page 1 of 2     Date Rcvd: Nov 21, 2018  
                     Form ID: pdf900     Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2018.
```
db             +Terra T. Johnson,    5433 Gainor Road,    Philadelphia, PA 19131-1329
cr             +Carrington Mortgage Services, LLC, et al.,    1600 South Douglass Road,    Suite 200-A,
                 Anaheim, CA 92806-5951
cr             +Credit Suisse First Boston Mortgage Securities Cor,    14841 Dallas Pkwy Suite 425,
                 Dallas, TX 75254-8067
cr             +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway #425,    Dallas, TX 75254-8067
14043295       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:  Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
14009563        Ashley Stewart,    300 Nixon Lane,    Edison, NJ 08837-3831
14030212        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14009566        CitiCorp Credit Services, Inc.,    Citibank Client Services,    100 Citibank Drive,
                 San Antonio, TX 78245-3202
14009567        Comcast,    Bankruptcy Department,    11400 Northeast Avenue,    Philadelphia, PA  19116-3445
14009569        GM Financial Co., Inc.,    Bankruptcy Center,    801 Cherry Street, Suite 3500,
                 Ft. Worth, TX 76102-6854
14009571        JPMorgan Chase & Co,    Bankruptcy Department,    200 White Clay Center Drive,
                 Newark, DE 19711-5466
14009574       +Phila Gas Works - Bankr. Unit,    P.O. Box 3500,    800 W. Montgomery Ave, 3rd Flr,
                 Philadelphia, PA 19122-2806
14026209        Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA 19107-1585
14019354       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14009576        U.S. Bank, N.A.,    Bankruptcy Dept.,    17500 Rockside Road,    Bedford, OH  44146-2099
14009578       +Westgate Resorts,    ATTN: Account Services,    2801 Old Winter Garden Road,
                 Ocoee, FL 34761-2965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 22 2018 02:41:33     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2018 02:40:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 22 2018 02:41:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Nov 22 2018 02:41:33     City of Philadelphia,
                 c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,    Philadelphia, PA  19102
14009564       +E-mail/Text: g20956@att.com Nov 22 2018 02:41:46     AT & T Mobility II, LLC,
                 c/o AT&T Services, Inc,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
14071616       +E-mail/Text: g20956@att.com Nov 22 2018 02:41:45     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14096900        E-mail/Text: megan.harper@phila.gov Nov 22 2018 02:41:32     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14009565        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 22 2018 02:49:52
                 Capital One Financial,    Bankruptcy Department,    P.O. Box 30285,
                 Salt Lake City, UT  84130-0285
14009568        E-mail/Text: mrdiscen@discover.com Nov 22 2018 02:40:35     Discover Bank,    DFS Services, Inc.,
                 P.O. Box 3025,    New Albany, OH  43054-3025
14009572        E-mail/Text: bnckohlsnotices@becket-lee.com Nov 22 2018 02:40:39     Kohls Department Stores,
                 Bankruptcy Department,    N56W17000 Ridgewood Drive,    Menomonee Falls, WI  53051-5660
14035813       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2018 02:41:07     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14009573        E-mail/Text: bankruptcygroup@peco-energy.com Nov 22 2018 02:40:42     PECo Energy Co.,
                 Bankruptcy Group,    2301 Market Street # N3-2,    Philadelphia, PA 19103-1338
14013614        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2018 03:02:07
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14009575       +E-mail/Text: megan.harper@phila.gov Nov 22 2018 02:41:33     Philadelphia Law Department,
                 Bankruptcy Unit,    Municipal Services Bldg,    1401 JFK Blvd, Room 508,
                 Philadelphia, PA 19102-1617
14009577        E-mail/Text: jerome.smalls@ogc.upenn.edu Nov 22 2018 02:41:43
                 University of PA Health System,    ATTN: Patient Accounts - Billing,    3400 Spruce Street,
                 Philadelphia, PA 19104-4271
14042146       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2018 02:49:33     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 16
```

```
District/off: 0313-2          User: TashaD              Page 2 of 2             Date Rcvd: Nov 21, 2018
                              Form ID: pdf900           Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14046739*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: AmeriCredit Financial Services, Inc,    dba GM Financial,
                P O Box 183853,     Arlington, TX 76096)
14009570      ##HSBC/Household Bank,    Consumer Bankruptcy Dept,    961 Weigel Drive,
                Elmhurst, IL   60126-1058
                                                                                         TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
              JOSHUA  DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pa-bk@logs.com
              RONALD G. MCNEIL    on behalf of Debtor Terra T. Johnson r.mcneil1@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          :         Chapter 13
    TERRA T. JOHNSON,                        :
        Debtor(s)                               :         Bky. No.   17-17506 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  November 21, 2018

                                              **ERIC L. FRANK**
                                              **U.S. BANKRUPTCY JUDGE**